**Order entered August 11, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00103-CR

**MIKEY ALBERT LOPEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-54865-R**

## ORDER

Appellant's August 8, 2016 first motion for extension of time to file appellant's pro se response to counsel's *Anders* brief is **GRANTED**. Appellant's pro se response shall be due by **September 30, 2016**.

The Clerk is **DIRECTED** to send a copy of this order to Mikey Albert Lopez, TDCJ # 02049487, Dick Ware Unit, 1681 South FM 3525, Colorado City, Texas 79512.

/s/     LANA MYERS
          JUSTICE